Craft Complaint
Atty: 6279971

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| CASSANDRA CRAFT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 08 c 50152 |
| ) | |
| OFFICER SCOTT CRAWFORD, ) | |
| POLICE CHIEF LARRY MASON ) | FILED |
| OFFICER KELLY GIVEN, ) | |
| THE CITY OF MARENGO ) | AUG 2 8 2008 |
| ) | |
| Defendants ) | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

**COMPLAINT**

**JURISDICTION**

1. This is an action brought for damages and other appropriate relief under 42 U.S.C., section 1983, for violation of the plaintiff's Federal Civil Rights by the defendants, whose actions were taken under the color of State law. This action is also based on battery and negligent hiring and retention, reckless hiring and retention.

2. Jurisdiction is conferred upon this court by 28 U.S.C., section 1331, 28 U.S.C., section 1343(a)(3), and under Principles of Pendent Jurisdiction.

3. On or about August 15, 2005, a Complaint on behalf of Brian Gaughan, Kevin Gaughan, Melissa Kelley as Parent of Nichole Surber, Paul Beisner as Parent of Steven Beisner, Penny Osborn as Parent of Cassandra Craft and Tamara Mcmackin as Parent of Zachary McMackin was filed against Defendants Officer Scott Crawford, Police Chief Larry Mason, Officer Kelly Given, the City ff Marengo Special Agent William Kroncke, Special Agent Virgil Schroeder, and Sergeant Rodney Riley.

4. On or about July 24, 2008, the United States District Court, Northern District of Illinois, Western Division, ruled that the Plaintiffs in case No.05 C 4664 should be severed pursuant to Rule 21 of the Federal Rules of Civil Procedure, and separate cases filed.

5. Subsequent to the filing of the initial case, which was filed by Penny Osborn as Parent of Cassandra Craft, the plaintiff, CASSANDRA CRAFT, has obtained her majority.

6. On or about June 8, 2004, and at all times relevant herewith, the plaintiff, CASSANDRA CRAFT, whose date of birth is August 17, 1988, was a resident of the City of Shorewood, State of Minnesota, and she lives at the location of 5540 County Road 19.

7. On each of these dates, the defendant, THE CITY OF MARENGO, was a municipal corporation organized under the laws of the State of Illinois.

8. On each of these dates, and at all times relevant herewith, the defendant, OFFICER SCOTT CRAWFORD, was employed by the Police Department of the defendant, THE CITY OF MARENGO.

9. On each of these dates or before said dates, and at all times relevant herewith, the defendant, POLICE CHIEF LARRY MASON, was employed by the Police Department of the defendant, THE CITY OF MARENGO.

10. On each of these dates, and at all times relevant herewith, the defendant, OFFICER KELLY GIVEN, was employed by the Police Department of the defendant, THE CITY OF MARENGO.

## COUNT I
## EXCESSIVE FORCE-1983

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, OFFICER SCOTT CRAWFORD, states that:

1. On or about June 6, 2004, the plaintiff, CASSANDRA CRAFT, was lawfully on the property at 440 Johnson Street in the City of Marengo, County of McHenry and State of Illinois.

2. At the time and place aforesaid, the defendant, OFFICER SCOTT CRAWFORD, was present and in uniform as a law enforcement officer of defendant THE CITY OF MARENGO.

3. At the time and place aforesaid, the defendant, OFFICER SCOTT CRAWFORD, was called to the location because the plaintiff, CASSANDRA CRAFT, had a verbal argument with her aunt, Monica Henson, and threatened to leave her home.

4. During the verbal argument, the defendant, OFFICER SCOTT CRAWFORD, without provocation, need or explanation then deliberately, maliciously and willfully grabbed the

plaintiff, CASSANDRA CRAFT, and deliberately, maliciously and willfully twisted her arm behind her back causing her great pain.

5. The defendant, OFFICER SCOTT CRAWFORD, continued to twist the arm of the plaintiff, CASSANDRA CRAFT, in this manner despite painful exclamations from her.

6. The defendant, OFFICER SCOTT CRAWFORD, then intentionally, maliciously and willfully threw the plaintiff, CASSANDRA CRAFT, against hood of a car while twisting her arm behind her back.

7. The defendant, OFFICER SCOTT CRAWFORD, then intentionally, maliciously and willfully picked up the plaintiff, CASSANDRA CRAFT, and in a brutal and forceful manner threw her head, face down, against the hood of a car while twisting her arm behind her back causing a large dent to the hood of the car and painful injuries to her face.

8. The defendant, OFFICER SCOTT CRAWFORD, deliberately, maliciously and willfully ignored the plaintiff, CASSANDRA CRAFT's, exclamations of pain made in protest to the manner in which the defendant, OFFICER SCOTT CRAWFORD was throwing her against he cars.

9. The defendant, OFFICER SCOTT CRAWFORD, then placed handcuffs on plaintiff, CASSANDRA CRAFT, and placed her under arrest.

10. The plaintiff, CASSANDRA CRAFT, suffered needless physical pain, bodily harm, as well as humiliation and emotional distress as a result of the defendant, OFFICER SCOTT CRAWFORD, deliberate, willful and malicious actions.

11. At no time prior to or during the arrest did the plaintiff, CASSANDRA CRAFT, ever use any lewd or derogatory language towards the defendant, OFFICER SCOTT CRAWFORD, and at no time prior to or during the arrest did the plaintiff, CASSANDRA CRAFT, make any threatening gestures towards the defendant, OFFICER SCOTT CRAWFORD.  The plaintiff, CASSANDRA CRAFT, never hit or struck the defendant, OFFICER SCOTT CRAWFORD, and made no attempt to hit or strike them at any time.

12. At the time and place aforesaid, and at all times relevant herewith, the defendant, OFFICER SCOTT CRAWFORD, were acting as the duly authorized agent of the defendant, THE CITY OF MARENGO, and were then and there acting within the scope of said employment with said principal, under the color of state law.

13. In arresting the plaintiff, CASSANDRA CRAFT, the defendant, OFFICER SCOTT CRAWFORD, used physical force which was clearly excessive in light of the circumstances existing at the time of the arrest. Further, the defendant, OFFICER SCOTT CRAWFORD, used excessive force with the willful and specific intent to inflict unnecessary harm upon the plaintiff, CASSANDRA CRAFT, and such use of force caused and was intended to cause physical and mental injuries to the plaintiff, CASSANDRA CRAFT.

13. At the Marengo Police Department, the defendant swore out complaints against the plaintiff, CASSANDRA CRAFT, for Aggravated Battery to a Police Officer and Resisting Arrest.

14. The plaintiff, CASSANDRA CRAFT's, arrest by the defendant, OFFICER SCOTT CRAWFORD, with the use of excessive force was in violation of her rights under the Fourteenth Amendment of the United States Constitution to be free from unreasonable arrest and her right under the Fourteenth Amendment of the United States to due process of law.

15. The plaintiff, CASSANDRA CRAFT, suffered painful personal injury, humiliation and emotional distress as a result of being arrested with excessive force.

1. Further, pursuant to 42 U.S.C., sections 1983 and 1988, the plaintiff, CASSANDRA CRAFT, seeks an award of attorney's fees and costs incurred in bringing this action.

**WHEREFORE,** the plaintiff, CASSANDRA CRAFT, requests this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

- A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. That the plaintiff, CASSANDRA CRAFT, be awarded attorney's fees and costs under section 1988; and
- D. Such other relief as this court deems appropriate.

## COUNT II
## BATTERY

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, OFFICER SCOTT CRAWFORD, states that:

1-13 The plaintiff, CASSANDRA CRAFT, re-alleges and incorporates by reference Paragraphs 1-13 of Count I of this Complaint as Paragraphs 1-13 of Count II of this Complaint.

14. The defendant, OFFICER SCOTT CRAWFORD's, acts were intended to and did indeed cause bodily harm to the plaintiff, CASSANDRA CRAFT's, person.

15. The defendant, OFFICER SCOTT CRAWFORD's, acts were committed outside of the scope of his authority and constituted a battery upon the plaintiff, CASSANDRA CRAFT's, person. Further, the defendant, OFFICER SCOTT CRAWFORD's, actions were intended to and did injure the plaintiff, CASSANDRA CRAFT.

**WHEREFORE**, the plaintiff, CASSANDRA CRAFT, requests this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

- A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. Such other relief as this court deems appropriate.

## COUNT III
## FALSE ARREST-1983

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, OFFICER SCOTT CRAWFORD, states that:

1-13 The plaintiff, CASSANDRA CRAFT, re-alleges and incorporates by reference Paragraphs 1-13 of Count I of this Complaint as Paragraphs 1-13 of Count III of this Complaint.

14. The defendant, OFFICER SCOTT CRAWFORD, arrested the plaintiff, CASSANDRA CRAFT, with Aggravated Battery to a Police Officer and Resisting Arrest.

15. The defendant, OFFICER SCOTT CRAWFORD, knew he had no probable cause for arresting the plaintiff, CASSANDRA CRAFT, and did not have a good faith belief that the plaintiff, CASSANDRA CRAFT, was guilty of the offenses charged against her.

16. The plaintiff, CASSANDRA CRAFT's, arrest by the defendant, OFFICER SCOTT CRAWFORD, was in violation of her rights under the Fourteenth Amendment of the United States Constitution to be free from unreasonable arrest and her right under the Fourteenth Amendment of the United States to due process of law.

17. As a result of this unprovoked, needless and malevolent arrest, the plaintiff, CASSANDRA CRAFT, suffered physical and emotional injury.

18. Further, pursuant to 42 U.S.C., sections 1983 and 1988, the plaintiff, CASSANDRA CRAFT, seeks an award of attorney's fees and costs incurred in bringing this action.

**WHEREFORE,** the plaintiff, CASSANDRA CRAFT, requests this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

- A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. That the plaintiff, CASSANDRA CRAFT, be awarded attorney's fees and costs under section 1988; and
- D. Such other relief as this court deems appropriate.

## COUNT IV
## FALSE ARREST-State

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, OFFICER SCOTT CRAWFORD, states that:

1-13 The plaintiff, CASSANDRA CRAFT, re-alleges and incorporates by reference Paragraphs 1-13 of Count I of this Complaint as Paragraphs 1-13 of Count IV of this Complaint.

14. The defendant, OFFICER SCOTT CRAWFORD, arrested the plaintiff, CASSANDRA CRAFT, with Aggravated Battery to a Police Officer and Resisting Arrest.

15. The defendant, OFFICER SCOTT CRAWFORD, knew he had no probable cause for arresting the plaintiff, CASSANDRA CRAFT, and did not have a good faith belief that the plaintiff, CASSANDRA CRAFT, was guilty of the offenses charged against her.

16. The defendant, OFFICER SCOTT CRAWFORD's, acts were intended to and did indeed cause the plaintiff, CASSANDRA CRAFT, to be arrested under false pretenses.

17. As a result of this unprovoked, needless and malevolent arrest, the plaintiff, CASSANDRA CRAFT, suffered physical and emotional injury.

**WHEREFORE,** the plaintiff, CASSANDRA CRAFT, requests this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);

B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);

C. Such other relief as this court deems appropriate.

## COUNT V
## MARENGO-1983

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, THE CITY OF MARENGO, states that:

1-13 The plaintiff, CASSANDRA CRAFT, re-alleges and incorporates by reference Paragraphs 1-13 of Count I of this Complaint as Paragraphs 1-13 of Count V of this Complaint.

14. The defendant, THE CITY OF MARENGO, has violated the plaintiff, CASSANDRA CRAFT's, constitutional rights through implementation of a custom, policy or official acts of the defendant, THE CITY OF MARENGO.

15. The defendant, THE CITY OF MARENGO, has consistently and habitually failed to take the appropriate corrective action against the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers who are guilty of using excessive force and false arrest.

16. The defendant, THE CITY OF MARENGO, has consistently and habitually failed to conduct adequate investigations into the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers accused of using excessive force and false arrest.

17. The defendant, THE CITY OF MARENGO, by and through the defendant, POLICE CHIEF LARRY MASON, deliberately refused to take disciplinary action or corrective measures against the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers guilty of using excessive force and false arrest.

18. The defendant, THE CITY OF MARENGO, knowing of the aforementioned conduct of the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers, accepted, promulgated and encouraged the conduct of said officers.

19. The defendant, THE CITY OF MARENGO, knowing of the aforementioned conduct of the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers, created a custom and policy of such behavior.

20. The defendant, THE CITY OF MARENGO, as a result of the foregoing, has tacitly approved and implicitly ratified the conduct of the defendant, OFFICER SCOTT CRAWFORD, against the plaintiff, CASSANDRA CRAFT, and other Marengo police officers guilty of using excessive force and false arrest.

21. The defendant, THE CITY OF MARENGO, violated the plaintiff, CASSANDRA CRAFT's, rights under the Fourteenth Amendment of the United States Constitution to be free from unreasonable arrest and her right under the Fourteenth Amendment of the United States to due process of law.

22. The defendant, THE CITY OF MARENGO, was at all times acting under the color of State law.

23. As a result of the custom and policy of the defendant, THE CITY OF MARENGO, condoning arrests with excessive force and false arrest, the plaintiff, CASSANDRA CRAFT, suffered painful personal injury, humiliation and emotional distress.

24. Further, pursuant to 42 U.S.C., sections 1983 and 1988, the plaintiff, CASSANDRA CRAFT, seeks an award of attorney's fees and costs incurred in bringing this action.

**WHEREFORE,** the plaintiff, CASSANDRA CRAFT, requests this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendant, THE CITY OF MARENGO, and that the following relief be awarded:

- A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. That the plaintiff, CASSANDRA CRAFT, be awarded attorney's fees and costs under section 1988; and
- D. Such other relief as this court deems appropriate.

## COUNT VI
## MASON-1983

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, POLICE CHIEF LARRY MASON, states that:

1-13 The plaintiff, CASSANDRA CRAFT, re-alleges and incorporates by reference Paragraphs 1-13 of Count I of this Complaint as Paragraphs 1-13 of Count VI of this Complaint.

14. The defendant, POLICE CHIEF LARRY MASON, has violated the plaintiff, CASSANDRA CRAFT's, constitutional rights through implementation of a custom, policy or official acts of the defendant, THE CITY OF MARENGO.

15. The defendant, POLICE CHIEF LARRY MASON, has consistently and habitually failed to take the appropriate corrective action against the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers who are guilty of using excessive force and false arrest.

16. The defendant, POLICE CHIEF LARRY MASON, has consistently and habitually failed to conduct adequate investigations into the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers accused of using excessive force and false arrest.

17. The defendant, POLICE CHIEF LARRY MASON, deliberately refused to take disciplinary action or corrective measures against the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers guilty of using excessive force and false arrest.

18. The defendant, POLICE CHIEF LARRY MASON, knowing of the aforementioned conduct of the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers, accepted, promulgated and encouraged the conduct of said officers.

19. The defendant, POLICE CHIEF LARRY MASON, knowing of the aforementioned conduct of the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers, created a custom and policy of such behavior.

20. The defendant, POLICE CHIEF LARRY MASON, as a result of the foregoing, has tacitly approved and implicitly ratified the conduct of the defendant, OFFICER SCOTT CRAWFORD, against the plaintiff, CASSANDRA CRAFT, and other Marengo police officers guilty of using excessive force.

21. The defendant, POLICE CHIEF LARRY MASON, violated the plaintiff, CASSANDRA CRAFT's, rights under the Fourteenth Amendment of the United States Constitution to be free from unreasonable arrest and her right under the Fourteenth Amendment of the United States to due process of law.

22. The defendant, POLICE CHIEF LARRY MASON, was at all times acting under the color of State law.

23. As a result of the custom and policy of the defendant, POLICE CHIEF LARRY MASON, condoning arrests with excessive force and false arrest, the plaintiff, CASSANDRA CRAFT, suffered painful personal injury, humiliation and emotional distress.

24. Further, pursuant to 42 U.S.C., sections 1983 and 1988, the plaintiff, CASSANDRA CRAFT, seeks an award of attorney's fees and costs incurred in bringing this action.

WHEREFORE, the plaintiff, CASSANDRA CRAFT, requests this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendant, POLICE CHIEF LARRY MASON, and that the following relief be awarded:

A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);

B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);

C. That the plaintiff, CASSANDRA CRAFT, be awarded attorney's fees and costs under section 1988; and

D. Such other relief as this court deems appropriate.

## COUNT VII
## RECKLESS HIRING

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, THE CITY OF MARENGO, states that:

1-13 The plaintiff, CASSANDRA CRAFT, re-alleges and incorporates by reference Paragraphs 1-13 of Count I of this Complaint as Paragraphs 1-13 of Count VII of this Complaint.

14. Prior to his employment with defendant, THE CITY OF MARENGO, defendant, OFFICER SCOTT CRAWFORD, had been fired or forced to resign from the Police Department of the City of Waukegan for misconduct;

15. The defendant's misconduct stemmed from allegations of police brutality and the use of excessive force in the line of duty;

16. The defendant, OFFICER SCOTT CRAWFORD, was fired from his position with the City of Marengo upon conclusion of two internal investigations unrelated to the events alleged in this case, which firing was subsequent to the filing of case No. 05 C 4664.

17. The defendant, THE CITY OF MARENGO, knew or should have known of defendant's past misconduct when hiring the defendant.

18. The defendant, THE CITY OF MARENGO, with a reckless disregard deliberately chose to hire the defendant, OFFICER SCOTT CRAWFORD, despite his unfitness as a law enforcement

officer, and this decision was the proximate cause of the physical and emotional injury to the plaintiff, CASSANDRA CRAFT.

**WHEREFORE,** the plaintiff, CASSANDRA CRAFT, requests this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

- A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. Such other relief as this court deems appropriate.

## COUNT VIII
## RECKLESS RETENTION

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, THE CITY OF MARENGO, states that:

1-13 The plaintiff, CASSANDRA CRAFT, re-alleges and incorporates by reference Paragraphs 1-13 of Count I of this Complaint as Paragraphs 1-13 of Count VIII of this Complaint.

14. Prior to his employment with defendant, THE CITY OF MARENGO, defendant, OFFICER SCOTT CRAWFORD, had been fired or forced to resign from the Police Department of the City of Waukegan for misconduct;

15. The defendant's misconduct stemmed from allegations of police brutality and the use of excessive force in the line of duty;

16. The defendant, OFFICER SCOTT CRAWFORD, was fired from his position with the City of Marengo upon conclusion of two internal investigations unrelated to the events alleged in this case, which firing was subsequent to the filing of case No. 05 C 4664.

17. The defendant, THE CITY OF MARENGO, knew or should have known of defendant's past misconduct.

18. The defendant, THE CITY OF MARENGO, despite knowing of defendant's past misconduct and the current investigations pending against the defendant, nonetheless chose to retain the defendant as a law enforcement officer.

19. The defendant, THE CITY OF MARENGO, with a reckless disregard deliberately chose to retain the defendant, OFFICER SCOTT CRAWFORD, despite his unfitness as a law enforcement officer, and this decision was the proximate cause of the physical and emotional injury to the plaintiff, CASSANDRA CRAFT.

**WHEREFORE**, the plaintiff, CASSANDRA CRAFT, requests this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

- A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. Such other relief as this court deems appropriate.

## COUNT IX
## CONSPRIRACY

NOW COMES the plaintiff, CASSANDRA CRAFT, by and through her attorneys KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendants, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, and OFFICER KELLY GIVEN, state that:

1-13. The plaintiff, PENNY OSBORN AS PARENT OF CASSANDRA CRAFT, a minor, re-alleges and incorporates by reference Paragraphs 1-13 of Count I of this Complaint as Paragraphs 1-13 of Count IX of this Complaint.

14. The defendant's, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN, and other Marengo Police Officers, have conspired to violate the plaintiff, CASSANDRA CRAFT's, constitutional rights through an agreed implementation of a custom, policy, or official acts of the defendants, THE

CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN and other Marengo Police Officers.

15. The defendants, THE CITY OF MARENGO and POLICE CHIEF LARRY MASON, have consistently and habitually failed to take the appropriate corrective action against the defendant's OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN, and other Marengo Police Officers who are guilty of using excessive force, false arrest, and malicious prosecution.

16. The defendant's, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON have consistently and habitually failed to conduct adequate investigations into the defendants, OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN, and other Marengo Police Officers accused of using excessive force, false arrest, and malicious prosecution.

17. The defendant, THE CITY OF MARENGO, by and through the defendant, POLICE CHIEF LARRY MASON, deliberately refused to take disciplinary action or corrective measures against the defendants, OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN, and other Marengo Police Officers guilty of using excessive force, false arrest and malicious prosecution.

18. The defendants, THE CITY OF MARENGO and POLICE CHIEF LARRY MASON, knowing of the aforementioned conduct of the defendant's, OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN, and other Marengo Police Officers, accepted, promulgated and encouraged the conduct of said officers

19. The defendant's, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON, knowing of the aforementioned conduct of the defendants, OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN, and other Marengo Police Officers, created a custom and policy of such behavior.

20. The defendants, THE CITY OF MARENGO and POLICE CHIEF LARRY MASON, as a result of the foregoing, have tacitly approved and implicitly ratified the conduct of the defendants, OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN, and other Marengo Police Officers, guilty of using excessive force, false arrest, and malicious prosecution against the plaintiff, CASSANDRA CRAFT.

21. The defendants, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, OFFICER KELLY GIVEN, and other Marengo Police Officers, have conspired to violate the plaintiff, CASSANDRA CRAFT's, rights under the Fourteenth

Amendment of the United States Constitution to be free from unreasonable arrest and her rights under the Fourteenth Amendment of the United States to due process of law.

22. The defendants, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, and OFFICER KELLY GIVEN, were at all times acting under the color of State law.

23. As a result of the agreed upon custom and policy of the defendants, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON, condoning arrests with excessive force, false arrests and malicious prosecutions, the plaintiff, CASSANDRA CRAFT, were deprived of her constitutional rights, suffered painful personal injuries, humiliation and emotional distress.

24. As a result of the agreed upon custom and policy of the defendants, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON, and the needless and malevolent arrest and prosecution, the plaintiff, CASSANDRA CRAFT, was required to hire the services of a lawyer and a private investigator to defend herself against the charges incurring substantial legal expenses.

25. Further, pursuant to 42 U.S.C., 1983 and 1988, the plaintiff, CASSANDRA CRAFT, seeks an award of attorney's fees and costs incurred in bringing this action.

**WHEREFORE,** the plaintiff, CASSANDRA CRAFT, request this court enter a Judgment in favor of the plaintiff, CASSANDRA CRAFT, and against the defendants, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, and OFFICER KELLY GIVEN, and that the following relief be awarded:

- A. That the plaintiff, CASSANDRA CRAFT, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, CASSANDRA CRAFT, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. That the plaintiff, CASSANDRA CRAFT, be awarded attorney's fees and costs under section 1988; and
- D. Such other relief as this court deems appropriate.

/S/ Melissa K. Ventrone
Melissa K. Ventrone
Attorney for the Plaintiff

**ATTY #: 6279971**
**The Law Offices of Kevin E. O'Reilly**
**Three First National Plaza**
**70 West Madison Street**
**Suite 2100**
**Chicago, Illinois 60602**
T	(312) 726-4510
F	(312) 726-4512